# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. EDWARD DAVIS

Docket No. 3:03CR00017(SRU)

## PETITION ON PROBATION AND SUPERVISED RELEASE



**COMES NOW** Deborah S. Palmieri, Senior PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Edward Davis who was sentenced to 3 months for a violation of 18 U.S.C. § 495, Uttering Altered U.S. Treasury Checks, by the Honorable Stefan R. Underhill, U.S. District Judge, sitting in the court at Bridgeport, Connecticut on July 7, 2003, who fixed the period of supervision at 3 years which commenced on January 20, 2005 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as approved by the U.S. Probation Office, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol. The defendant shall pay all, or a portion of, the costs associated with drug treatment, based on his ability to pay in an amount to be determined by the U.S. Probation Office; 2) The defendant shall participate in a mental health counseling program approved by the U. S. Probation Office. The defendant shall pay all, or a portion of, the costs associated with mental health treatment, based on his ability to pay in an amount to be determined by the U.S. Probation Office; 3) The defendant shall authorize release to the U.S. Probation Officer of any and all financial information/records, including state and federal income tax returns, by execution of a release of financial information form, or by any appropriate means, as directed by the probation officer; 4) The defendant shall not incur new credit charges or open addition lines of credit without prior approval of the U.S. Probation Office; 5) While on supervised release, the defendant shall make payments toward restitution in installments of $100 per month, $25 to each victim.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

**Charge No 1- Condition Violated**:
Standard Condition: "The defendant shall report to the probation officer as directed by the Court or the probation officer and shall submit a truthful and complete written report within the first five days of each month."

Mr. Davis failed to report to the Probation Office as directed on June 6 and 22, 2006 and July 17, 2006. The offender also failed to submit a monthly report for June and July 2006.

**Charge No. 2 - Condition Violated**:
Special Condition: "While on supervised release the defendant shall make payments toward restitution in installments of $100 per month, $25 to each victim."

Mr. Davis has failed to make monthly restitution payments in June, July and August 2006.

**Charge No. 3 - Condition Violated**:
Mandatory Condition: "While on supervised release, you shall not commit another federal, state, or local crime. You shall not illegally possess a controlled substance."

On September 10, 2006, the offender was arrested by the New Haven Police Department and charged with Possession of a Narcotic Substance; Possession of Narcotics Within 1500 Feet of a School; and Criminal Trespass 3rd Degree.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this 23rd day of October, 2006 and ordered filed and made a part of the records in the above case.

Stefan R. Underhill
United States District Judge

Sworn to By

Deborah S. Palmieri
Senior United States Probation Officer

Place Bridgeport, CT
Date 10/23/06

Before me, the Honorable Stefan R. Underhill, United States District Judge, on this 23rd day of October 2006, U.S. Probation Officer Deborah S. Palmieri appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

Stefan R. Underhill
United States District Judge