PROB 19
(Rev. 1/82)

# United States District Court

for

**DISTRICT OF CONNECTICUT**

FILED
2006 OCT 23 A 9: 28
U.S. DISTRICT COURT

U.S.A. vs Edward Davis

Docket No. 0205-3:03CR00017(SRU)-001

TO:¹ **any United States Marshal**

### WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named subject and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| NAME OF SUBJECT<br>Edward Davis | SEX<br>Male | RACE<br>Black | AGE<br>55 |
|---|---|---|---|

| ADDRESS (STREET, CITY, STATE) |
|---|
| Bridgeport Community Correctional, Bridgeport, Connecticut |

| SENTENCE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. District Court Bridgeport, Connecticut | 07/07/2003 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| U.S. District Court, Bridgeport, Connecticut |

| CLERK<br>Kevin Rowe | (BY) DEPUTY CLERK<br>*[signature] Tasha Simpson* | DATE<br>OCT 23 2006 |
|---|---|---|

### RETURN

| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
|---|---|---|

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|

| NAME | (BY) | DATE |
|---|---|---|

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or 'any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

True Copy
ATTEST:
KEVIN F. ROWE
Clerk U.S. District Court
By *[signature] Tasha Simpson*
Deputy Clerk