UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 3:03CR-17(SRU) |
| EDWARD DAVIS | : December 14, 2006 |

**APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Eric J. Glover, Assistant United States Attorney, and respectfully informs this Honorable Court:

l. On Wednesday, December 20, 2006 at 12:00 p.m., there will come before this Court, at 915 Lafayette Boulevard, Bridgeport, Connecticut, the criminal case of <u>United States of America v. Edward Davis</u>, Criminal No. 3:03CR-17(SRU).

2. That the above-named defendant, **EDWARD DAVIS**, is charged with violation of supervised release.

3. That the said **EDWARD DAVIS** is now confined at the Bridgeport Correctional Center, 1106 North Avenue, Bridgeport, Connecticut 06604.

4. That the said **EDWARD DAVIS** should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, Bridgeport Correctional Center, 1106 North Avenue, Bridgeport, Connecticut 06604, and the United States Marshal for the District of

Connecticut, or any of his proper deputies, ordering them to produce the said **EDWARD DAVIS** at the United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

        UNITED STATES OF AMERICA

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

        /s/

        ERIC J. GLOVER
        ASSISTANT UNITED STATES ATTORNEY
        157 CHURCH STREET, 23RD FLOOR
        NEW HAVEN, CT 06510
        TEL. (203) 821-3700
        FEDERAL BAR NO. ct23923
        EMAIL: eric.glover@usdoj.gov

| | |
|---|---|
| STATE OF CONNECTICUT | : |
| | : ss. New Haven, <u>December 14, 2006</u> |
| COUNTY OF NEW HAVEN | : |

    Personally appeared before me Eric J. Glover, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, that same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, he believes it to be true.

                                                _____/s/_____
                                                AMY B. KONARSKI
                                                NOTARY PUBLIC
                                                My Commission Expires: 5/31/2008